# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE STATE OF LOUISIANA, EX
REL JAMES D. "BUDDY"
CALDWELL, ATTORNEY GENERAL

VERSUS

MOLINA HEALTHCARE, INC.;
MOLINA INFORMATION SYSTEMS,
L.L.C. D/B/A MOLINA MEDICAID
SOLUTIONS; PARAMAX SYSTEMS
CORPORATION; AND UNISYS
CORPORATION

NO.   2020 CW 0291

**JUNE 19, 2020**

---

In Re:   Unisys Corporation, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 631612.

---

**BEFORE:   WHIPPLE. C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

> VGW
> JMG
> WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.